# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>CAMERON CAMIRE, )<br>)<br>DEFENDANT | CRIMINAL NO. 08-94-P-H |

## ORDER ON MOTION TO REDUCE SENTENCE

The defendant's motion to reduce sentence under Fed. R. Crim. P. 35 is **DENIED**. I have no authority to reduce an already imposed sentence under that Rule. At this date, the new crack cocaine Guidelines adopted in 2010 have not been made retroactive to offenders previously sentenced. If the United States Sentencing Commission should determine ultimately to make them retroactive, then the defendant could seek relief under 18 U.S.C. § 3582(c)(2).

SO ORDERED.

DATED THIS 7TH DAY OF FEBRUARY, 2011

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**